STATE OF NEW JERSEY v. ROBERT OQUENDO.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT C. OAKLEY.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROMEO WEBB.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK J. MATTEI.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD BROOKS.

June 13, 1989.

Petition for certification denied.